# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HOWARD McCULLOUGH, ) | 3:16-CV-0225-MMD (VPC) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | May 18, 2017 |
| ) | |
| RICHARD MACHADO, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

All briefing on the motion for leave to file second amended civil rights complaint (ECF No. 16) was stayed until the conclusion of the settlement conference (ECF No. 20). Plaintiff has also filed a motion to file a supplemental count to the proposed second amended complaint (ECF No. 24).

Plaintiff's motion to file a supplemental count to the proposed second amended complaint (ECF No. 24) is **DENIED**. Pursuant to Local Rule 15-1, a proposed amended pleading must be complete in and of itself without reference to the superseding pleading. Therefore, if plaintiff wishes to add a count to his motion for leave to file second amended complaint, he must withdraw his current motion to amend (ECF No. 16) and refile it with the supplemental count included. Plaintiff shall have until **Wednesday, May 31, 2017** to either withdraw his previous motion to amend and file a revised motion, or to notify the court that he wishes to proceed with his original motion to amend (ECF No. 16). Thereafter, the motion or revised motion will be briefed in the ordinary course.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk