Katherine F. Parks, Esq. - State Bar No. 6227
Adam L. Woodrum, Esq. – State Bar No. 10284
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
T: (775) 786-2882
F: (775) 786-8004
kfp@thorndal.com    ]
adw@thorndal.com
Attorneys for Defendants
JERRY ALLEN, RICHARD MACHADO
THOMAS BJERKE, DON POFFENROTH,
JERRY REID, PHILIPP PASQUAL

# UNITED STATES DISTICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HAROLD McCULLOUGH,<br><br>                          Plaintiff,<br><br>vs.<br><br>RICHARD MACHADO, LT. BJERKE, SGT. JERRY ALLEN, DEPUTY POPPERNUFF, DEPUTY PASQUAL, DEPUTY JERRY,<br><br>                          Defendants. | CASE NO.  3:16-cv-00225-MMD-VPC<br><br>**MOTION FOR DISASSOCIATION OF COUNSEL** |

   COME NOW, Defendants, RICHARD MACHADO, THOMAS BJERKE, JERRY ALLEN, DON POFFENROTH, PHILIPP PASQUAL, JERRY REID, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby respectfully move the court for an order disassociating Kevin A. Pick, Esq., and Joseph E. Balkenbush, Esq., from this matter.  Kevin A. Pick, Esq., and Joseph E. Balkenbush, Esq., are no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger, accordingly they should be disassociated as counsel for the Defendants, RICHARD MACHADO, THOMAS BJERKE,

- 1 -

JERRY ALLEN, DON POFFENROTH, PHILIPP PASQUAL, JERRY REID. Katherine F. Parks, Esq. and Adam L. Woodrum, Esq., of the firm Thorndal Armstrong Delk Balkenbush & Eisinger will continue to represent the Defendants in this action.

Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of KEVIN A. PICK and JOSEPH E. BALKENBUSH from the list of attorneys associated with this case, as well as future pleadings.

DATED this 29th day of December, 2017.

        THORNDAL ARMSTRONG
        DELK BALKENBUSH & EISINGER

        By: _/ s / Katherine F. Parks_
           Katherine F. Parks, Esq. – SBN 6227
           Adam L. Woodrum, Esq. – SBN 10284
           6590 S. McCarran Blvd., Suite B
           Reno, Nevada 89509
           T: (775) 786-2882
           F: (775) 786-8004
           kfp@thorndal.com
           Attorneys for Defendants
           JERRY ALLEN, RICHARD MACHADO
           THOMAS BJERKE, DON POFFENROTH,
           JERRY REID, PHILIPP PASQUAL

IT IS SO ORDERED.

_[signature]_
U.S. MAGISTRATE JUDGE

DATED: February 14, 2018

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **MOTION FOR DISASSOCIATION OF COUNSEL** to be served on all parties to this action by:

✓ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

✓ United States District Court, District of Nevada CM/ECF (Electronic Case Filing)

___ personal delivery

___ facsimile (fax)

___ Federal Express/UPS or other overnight delivery

fully addressed as follows:

> **John Harold McCullough, #1151866**
> **Northern Nevada Correctional Center**
> **PO Box 7000**
> **Carson City, Nevada 89702**
> *Pro Per Plaintiff*

DATED this 29th day of December, 2017.

/ s / Sam Baker
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

- 3 -