Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
T: (775) 786-2882
F: (775) 786-8004
kfp@thorndal.com
Attorneys for Defendants
JERRY ALLEN, RICHARD MACHADO
THOMAS BJERKE, DON POFFENROTH,
JERRY REID, PHILIPP PASQUAL

UNITED STATES DISTICT COURT

DISTRICT OF NEVADA

JOHN HAROLD McCULLOUGH,

                    Plaintiff,

vs.

RICHARD MACHADO, LT. BJERKE, SGT. JERRY ALLEN, DEPUTY POPPERNUFF, DEPUTY PASQUAL, DEPUTY JERRY,

                    Defendants.

CASE NO. 3:16-cv-00225-MMD-VPC

ORDER

**MOTION FOR DISASSOCIATION OF COUNSEL**

      COME NOW, Defendants, RICHARD MACHADO, THOMAS BJERKE, JERRY ALLEN, DON POFFENROTH, PHILIPP PASQUAL, JERRY REID, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby move that, as Adam L. Woodrum, Esq., is no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger, he should be disassociated as counsel for the Defendants, RICHARD

///

///

///

///

- 1 -

MACHADO, THOMAS BJERKE, JERRY ALLEN, DON POFFENROTH, PHILIPP PASQUAL, JERRY REID. Katherine F. Parks, Esq., of the firm Thorndal Armstrong Delk Balkenbush & Eisinger will continue to represent the Defendants in this action.

Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of ADAM L. WOODRUM from the list of attorneys associated with this case, as well as future pleadings.

DATED this 15th day of March, 2018.

>THORNDAL ARMSTRONG
>DELK BALKENBUSH & EISINGER
>
>By: */ s / Katherine F. Parks*
>Katherine F. Parks, Esq. – SBN 6227
>Adam L. Woodrum, Esq. – SBN 10284
>6590 S. McCarran Blvd., Suite B
>Reno, Nevada 89509
>T: (775) 786-2882
>F: (775) 786-8004
>kfp@thorndal.com
>Attorneys for Defendants
>JERRY ALLEN, RICHARD MACHADO
>THOMAS BJERKE, DON POFFENROTH,
>JERRY REID, PHILIPP PASQUAL

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: March 20, 2018

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **MOTION FOR DISASSOCIATION OF COUNSEL** to be served on all parties to this action by:

✓  placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

✓  United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

___  personal delivery

___  facsimile (fax)

___  Federal Express/UPS or other overnight delivery

fully addressed as follows:

> **John Harold McCullough, #1151866**
> **Northern Nevada Correctional Center**
> **PO Box 7000**
> **Carson City, Nevada 89702**
> *Pro Per Plaintiff*

DATED this 15th day of March, 2018.

/ s / Sam Baker
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER