| | |
|---|---|
| 1 | Katherine F. Parks, Esq. - State Bar No. 6227 |
| 2 | Thorndal Armstrong Delk Balkenbush & Eisinger |
|   | 6590 S. McCarran Blvd., Suite B |
| 3 | Reno, Nevada 89509 |
|   | T: (775) 786-2882 |
| 4 | F: (775) 786-8004 |
|   | kfp@thorndal.com |
| 5 | Attorneys for Defendants |
| 6 | JERRY ALLEN, RICHARD MACHADO |
|   | THOMAS BJERKE, DON POFFENROTH, |
| 7 | AND PHILIPP PASQUAL |

# UNITED STATES DISTICT COURT

## DISTRICT OF NEVADA

JOHN HAROLD McCULLOUGH,

               Plaintiff,

vs.

RICHARD MACHADO, LT. BJERKE, SGT. JERRY ALLEN, DEPUTY POPPERNUFF, DEPUTY PASQUAL, DEPUTY JERRY,

               Defendants.

CASE NO. 3:16-cv-00225-MMD-CBC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, JOHN HAROLD McCULLOUGH, in proper person, and Defendants, RICHARD MACHADO, THOMAS BJERKE, JERRY ALLEN, DON POFFENROTH, and PHILLIP PASQUAL, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby stipulate that the above-entitled matter

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

DATED this 14th day of March, 2019.

BY: _____
John Harold McCullough, #1151866
Northern Nevada Correctional Center
PO Box 7000
Carson City, Nevada 89702
*Pro Per Plaintiff*

DATED this 25th day of March, 2019.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

By: _____
Katherine F. Parks, Esq.
State Bar No. 6227
6590 S. McCarran Blvd, Suite B
Reno, Nevada 89509
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: April 3, 2019.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

- 2 -